**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Calvin Lee EVERETTE, Defendant—Appellant.**

**No. 05–6279.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 27, 2005.

Decided: July 20, 2005.

Calvin Lee Everette, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Lee Everette seeks to appeal the district court's order dismissing his motion under 28 U.S.C. § 2255 (2000). The notice of appeal was received in the district court shortly after expiration of the appeal period. Under Fed. R.App. P. 4(c)(1) and *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), the notice is considered filed as of the date Everette properly delivered it to prison officials for mailing to the court. The record does not reveal if or when Everette complied with the requirements of Fed. R.App. P. 4(c)(1). Accordingly, we remand the case for the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R.App. P. 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*